# Law Offices of Julie Rendelman, LLC
535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

November 14, 2019

**TO:** Hon. Paul A. Crotty
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE:** *United States v. Sakhrani, :19-cr-00394-PAC*

11/14/2019

The Travel request is GRANTED
So Ordered
Paul A Crotty

Dear Judge Crotty,

This letter is submitted on behalf of defendant Sara Sakhrani, to respectfully request that Ms. Sakhrani be permitted to travel to India on December 21, 2019 to January 2, 2020. Ms. Sakhrani will be traveling to visit the Temple Shrine.

My office has had communications with AUSA Nathan Rehn, as well as U.S. Pretrial Services Officer Francesca Tessier Miller, who monitors Ms. Sakhrani. Both AUSA Rehn and P.O. Tessier-Miller have been informed of Ms. Sakhrani's proposed itinerary and have indicated that they have no objection to Ms. Sakhrani's travel request. Additionally, Ms. Sakhrani is aware that, if Your Honor consents, she must provide pre-trial with any changes to the above itinerary.

Thus, Ms. Sakhrani respectfully requests the Court's permission to travel per the above-mentioned itinerary. The Court's time and attention to this matter are greatly appreciated. If additional information is needed, please contact my office at (212) 951-1232. Thank you.

Sincerely,

_/s/Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Sara Sakhrani*

cc: Nathan Rehn, Assistant U.S. Attorney (email)


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-14-19