# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

February 12, 2020

**TO:** Hon. Paul A. Crotty
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE:** *United States v. Sakhrani, :19-cr-00394-PAC*

*[Handwritten annotation: 2/14/2020 Permission to travel is granted provided that any changes must be approved by DTS. So ordered. Paul Crotty, USDJ]*

Dear Judge Crotty,

This letter is submitted on behalf of defendant Sara Sakhrani, to respectfully request that Ms. Sakhrani be permitted to travel to Dubai from March 30, 2020 to April 7, 2020. Ms. Sakhrani will be traveling for her niece's wedding.

My office has had communications with AUSA Nathan Rehn, as well as U.S. Pretrial Services Officer Francesca Tessier Miller, who monitors Ms. Sakhrani. Both AUSA Rehn and P.O. Tessier-Miller have no objection to Ms. Sakhrani's travel requests. Additionally, Ms. Sakhrani is aware that, if Your Honor consents, she must provide pre-trial with any changes to the above itinerary.

Thus, Ms. Sakhrani respectfully requests the Court's permission to travel per the above-mentioned itinerary. The Court's time and attention to this matter are greatly appreciated. If additional information is needed, please contact my office at (212) 951-1232. Thank you.

Sincerely,

/s/Julie Rendelman_
Julie Rendelman, ESQ.
*Attorney for Defendant Sara Sakhrani*

cc: Nathan Rehn, Assistant U.S. Attorney (email)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 2-14-2020