```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SARA SAKHRANI,

Defendant.

No. 19-CR-394

ORDER

RONNIE ABRAMS, United States District Judge:

This case was reassigned to me on January 24, 2023. Sentencing is scheduled for April 25, 2023 at 12:00 p.m. Counsel shall refer to the Court's Individual Rules and Practices in Criminal Cases for the deadlines to file their sentencing submissions.

SO ORDERED.

Dated:   January 25, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge