UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :
:
          - v. -                  :        ~~PROPOSED~~ ORDER OF
:        RESTITUTION
SARA SAKHRANI,                    :
:        19 Cr. 394 (RA)
          Defendant.              :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Samuel Raymond, Thane Rehn and Cecilia Vogel, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

SARA SAKHRANI, the Defendant, shall pay restitution in the total amount of $65,000, pursuant to Title 18, United States Code, Section 3663 and 3663A(MVRA); to the victim of the offenses charged in the Information. The names, addresses, and specific amounts owed to the victim is set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Payment Instructions**

The Defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debts payments are available on the Clerk of the Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 – Attention: Cashier, as required

by Title 18, United States Code, Section 3611. The Defendant shall write her name and the docket number of this case on each check or money order.

3. **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of the Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with Title 18, United States Code, Section 3664(k).

4. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in Title 18, United States Code, Section 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to Title 18, United States Code, Section 3613(c) shall continue until the estate receives a written release of that liability.

Dated: New York, New York
       October 10, 2023

SO ORDERED:

_____
HONORABLE RONNIE ABRAMS
UNTIED STATES DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :
                                              :    SCHEDULE OF VICTIMS
            - v. -                            :
                                              :    19 Cr. 394 (RA)
SARA SAKHRANI,                                :
                                              :
            Defendant.                        :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

| NAME | ADDRESS & PHONE NUMBER | AMOUNT OF RESTITUTION |
|---|---|---|
| Synchrony Bank<br>Attn: Fraud Restitution | PO Box 669829<br>Dallas, TX 75266 | $65,000 |